```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF WEST VIRGINIA
                             AT CHARLESTON
```

**JESSE JAMES NELSON,**

      Petitioner,

v.                              Civil Action No. 2:18-cv-00601

**PATRICK A. MIRANDY,**
Superintendent, St. Mary's
Correctional Center,

      Respondent.


## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendations of United States Magistrate Judge Cheryl A. Eifert, entered on September 5, 2018; and the magistrate judge having recommended that the court dismiss this matter; deny the Petition for a Writ of Habeas Corpus; and deny as moot the plaintiff's Application to Proceed Without Prepayment of Fees and Costs; and no objection having been filed to the Proposed Findings and Recommendations, it is ORDERED that the findings made in the Proposed Findings and Recommendations of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein.

It is, therefore, ORDERED that the movant's complaint be, and it hereby is, dismissed.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: November 19, 2018

John T. Copenhaver, Jr.
Senior United States District Judge